JUDGE HOLWELL

JS 44C/SDNY
REV. 1/2008

CIVIL COVER SHEET   08 CV 7707

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| ANNABELLE FISCHER | OBG CAMERON BANFILL LLP, LAWRENCE W. ROSE, ANDREW BANFILL and JANE DOE |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| LEVINE SAMUEL, LLP<br>130 WEST 42ND STREET, 12 FLOOR<br>NEW YORK, NY 10036<br>(212) 596-0851 | |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

LIBEL PER SE PUBLISHED IN LETTER TO FEDERAL AGENCY. DIVERSITY JURISDICTION

Has this or a similar case been previously filed in SDNY at any time? No? [✓] Yes? [ ]  Judge Previously Assigned

If yes, was this case Vol.[ ] Invol. [ ] Dismissed. No[ ] Yes [ ] If yes, give date _____ & Case No. _____

RECEIVED
SEP 03 2008
U.S.D.C. S.D.N.Y.
CASHIERS

(PLACE AN [x] IN ONE BOX ONLY)   NATURE OF SUIT

ACTIONS UNDER STATUTES

TORTS

**CONTRACT**

[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**REAL PROPERTY**

[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**PERSONAL INJURY**

[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[ ] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[X] 360 OTHER PERSONAL INJURY

Defamation

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**

[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING/ ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

**PERSONAL INJURY**

[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**

[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**

[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

**FORFEITURE/PENALTY**

[ ] 610 AGRICULTURE
[ ] 620 OTHER FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**

[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**IMMIGRATION**

[ ] 462 NATURALIZATION APPLICATION
[ ] 463 HABEAS CORPUS- ALIEN DETAINEE
[ ] 465 OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**

[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**

[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**

[ ] 861 HIA (1395ff)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**

[ ] 870 TAXES (U.S. Plaintiff or Defendant)
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**

[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 890 OTHER STATUTORY ACTIONS
[ ] 891 AGRICULTURAL ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES

_Check if demanded in complaint:_

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $_____ OTHER_____   JUDGE _____ DOCKET NUMBER_____

_Check YES only if demanded in complaint_
JURY DEMAND: [✓] YES [ ] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(PLACE AN x IN ONE BOX ONLY)

**ORIGIN**

[✓] 1 Original Proceeding

[ ] 2a. Removed from State Court

[ ] 2b. Removed from State Court AND at least one party is pro se.

[ ] 3 Remanded from Appellate Court

[ ] 4 Reinstated or Reopened

[ ] 5 Transferred from (Specify District)

[ ] 6 Multidistrict Litigation

[ ] 7 Appeal to District Judge from Magistrate Judge Judgment

(PLACE AN x IN ONE BOX ONLY)

**BASIS OF JURISDICTION**

[ ] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)    [✓] 4 DIVERSITY

**IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441)**

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [X] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [X] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

320 EAST 42ND STREET
APT 1114
NEW YORK, NY 10017

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

OBG CAMERON BANFILL LLP, 61 Broadway, Suite 2706, New York, NY 10006

ANDREW BANFILL, 520 West 110th Street, Apt. 7B, New York, NY 10025.

LAWRENCE W. ROSE, 39 Meadowlark Road, Rye Brook, NY 10573.

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [✓] MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE 09/02/2008 SIGNATURE OF ATTORNEY OF RECORD

*Gerald H. Levine*

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[X] YES (DATE ADMITTED Mo. March Yr. 1976 )
Attorney Bar Code # 1332295

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ K. FOX _____ is so Designated.

J. Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____    District of    _____ New York _____

ANNABELLE FISCHER

V.

OBG CAMERON BANFILL LLP, LAWRENCE W.
ROSE, ANDREW BANFILL and JANE DOE

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

08 CV 7707

TO: (Name and address of Defendant)

OBG CAMERON BANFILL LLP
LAWRENCE W. ROSE
ANDREW BANFILL
61 BROADWAY, SUITE 2706
NEW YORK, NY 10006

**JUDGE HOLWELL**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

GERALD M. LEVINE, ESQ.
LEVINE SAMUEL, LLP
130 WEST 42ND STREET, 12TH FLOOR
NEW YORK, NY 10036

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SEP 0 3 2008

J. MICHAEL McMAHON

_____    _____
CLERK                              DATE

_Catherine Lapsley_

(By) DEPUTY CLERK

Gerald M. Levine, Esq. (GL 3516)
Levine Samuel, LLP
130 West 42nd Street, 12th Floor
New York, NY 10036
(212) 596-0851      **JUDGE HOLWELL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ANNABELLE FISCHER

                                    Plaintiff

        -against-

OBG CAMERON BANFILL LLP,
LAWRENCE W. ROSE,
ANDREW BANFILL AND JANE DOE

                                    Defendants
-------------------------------------------------------------------X

2008 C...

COMPLAINT

Jury Trial Demanded

        Plaintiff ANNABELLE FISCHER, by her attorneys, LEVINE SAMUEL, LLP, for her

complaint, alleges the following:

## PRELIMINARY STATEMENT

1.    This action for defamation and other counts arises from a libelous statement made in a

letter to a Federal agency of the United States accusing plaintiff, an alien presently residing in the

United States on an H1-B Visa and a member of the bar of the State of New York, of "gross

misconduct."

2.    The statement has no foundation in fact and is a libel per se.

3.    Defendants published the libel with malice and intention to cause injury to plaintiff and

end her legal career and residence in the United States.

## JURISDICTION AND VENUE

4. The court has jurisdiction over the subject matter of this action under the provisions of 28 U.S.C. §§ 1332(a)(2) involving an amount in excess of $75,000.

5. Venue is proper in this District under the provisions of 28 U.S.C. §§ 1391(a).

## THE PARTIES

6. Annabelle Fischer ("Fischer") is a citizen of Germany who is legally present in the United States pursuant to an H-1B Visa with a residential address in New York City.

7. OBG Cameron Banfill LLP is a New York limited liability partnership with an address for the transaction of business at 61 Broadway, Suite 2706, New York, NY 10006 ("OBG Cameron Banfill").

8. Lawrence W. Rose ("Rose") is an individual who resides at 39 Meadowlark Road, Rye Brook, NY 10573.

9. Andrew Banfill ("Banfill") is an individual who resides at 520 West 110th Street, Apt. 7B, New York, NY 10025.

10. Jane Doe is an employee or partner of OBG Cameron Banfill who has not yet been identified.

## AS AND FOR A FIRST COUNT AGAINST
## ALL NAMED DEFENDANTS

11. Fischer is a German attorney who is duly registered and licensed to practice law in New York.

12. OBG Cameron Banfill is an international law firm with offices in New York City, Washington D.C., Hong Kong, London, Hamburg, Dubai and Sao Paulo.

13. OBG Cameron Banfill sponsored Fischer for the H-1B Visa and employed her as an associate attorney in its New York City Office from June 2007 through August 18, 2008.

14. Rose is a partner in OBG Cameron Banfill who, on information and belief is licensed to practice law in the State of New York.

15. Banfill is listed on the Website of OBG Cameron Banfill as its "chief executive officer" and on information and belief is one of the principals of OBG Cameron Banfill.

16. On information and belief, Banfill is a solicitor licensed to practice law in the United Kingdom.

17. On further information and belief, Banfill is not a member of the bar of the State of New York and is not registered or licensed to practice law in New York State.

18. Jane Doe is named as a defendant for the reason that, on information and belief, she participated in the tortious conduct alleged herein, and will be added to the lawsuit if upon discovery she is found to have participated in the tortious conduct alleged.

19. On August 18, 2008, OBG Cameron Banfill discharged Fischer.

20. By letter dated August 19, 2008 Rose stated to the Immigration & Naturalization Services ("INS") that

> "Please be advised that on August 18, 2008 Ms. Annabelle Fischer's employment with OBG Cameron Banfill LLP was terminated due to Ms. Fischer's gross misconduct."

(the "INS Letter").

21. The statement in the INS Letter is false and defamatory and published with knowledge that it was false.

-3-

22. The INS Letter is written on the letterhead of OBG Cameron Banfill.

23. OBG Cameron Banfill authorized the publication of the libel per se to the INS.

24. Banfill was involved in the creation of the libel per se published to the INS.

25. Banfill authorized and instructed Rose to publish the libel per se to the INS.

26. On information and belief Jane Doe was involved in the creation of the libel per se to the INS and participated in the decision to publish it.

27. By letter dated August 25, 2008 Fischer's Counsel demanded that OBG Cameron Banfill, Rose and Banfill immediately retract the defamatory statement and advise the INS that the INS Letter was withdrawn and the statement retracted (the "Demand for Retraction").

28. On information and belief, the libel per se has been published to other persons or government entities presently unknown.

29. Defendants failed or refused to respond to the Demand for Retraction.

30. Publication of the libel per se is prejudicial to Fischer's standing as an attorney, to her career opportunities and to her legal status in the United States.

31. By reason of defendants' publication of the libel per se Fischer will suffer severe personal, economic and career consequences in the United States and she is entitled to judgment for damages against each and every defendant, jointly and severally; together with punitive damages.

AS AND FOR A SECOND COUNT AGAINST<br>ALL NAMED DEFENDANTS

32. Plaintiff repeats and realleges each of the allegations above in paragraphs 1 through 31 as if fully set forth herein.

-4-

33.   Although Rose was the author of the libel per se to the INS defendants participated in its creation and authorized Rose to publish it.

34.   Defendants' intent in publishing the libel per se was to injure Fischer and destroy her opportunity to have a legal career and residence in the United States.

35.   Defendants' further intent was to call into question her suitability for a green card and to justify her expulsion from the United States.

36.   Defendants desired to bring about the above consequences by publishing the libel to the INS.

37.   The publication of the libel to the INS was without excuse and solely motivated by malice.

38.   By reason of defendants' publication of the libel per se Fischer will suffer severe personal, economic and career consequences in the United States and she is entitled to judgment for damages against each and every defendant, jointly and severally; together with punitive damages.

AS AND FOR A THIRD COUNT AGAINST
OBG CAMERON BANFILL LLP

39.   Plaintiff repeats and realleges each of the allegations above in paragraphs 1 through 38 as if fully set forth herein.

40.   Fischer performed services for OBG Cameron Banfill as an associate attorney pursuant to an employment agreement.

41.   OBG Cameron Banfill discharged Fischer for reasons having nothing to do with her performance as an attorney.

42.    OBG Cameron Banfill failed and refused to pay Fischer accrued salary from August 1, 2008 through the date of discharge.

43.    OBG Cameron Banfill also owes Fischer for vacation time accrued and not taken.

44.    OBG Cameron Banfill breached its employment agreement with Fischer.

45.    By reason of the above, Fischer has suffered damages and is entitled to judgment against OBG Cameron Banfill in such amount as may be determined due and owing to her.

AS AND FOR A FOURTH COUNT AGAINST
OBG CAMERON BANFILL LLP

46.    Plaintiff repeats and realleges each of the allegations above in paragraphs 1 through 45 as if fully set forth herein.

47.    By letter dated August 20, 2008 Fischer's Counsel demanded that OBG Cameron Banfill remit the accrued and unpaid salary to Fischer (the "Demand for Accrued and Unpaid Salary").

48.    There is also owing unpaid vacation time accrued and not taken.

49.    By reason of the above, Fischer has suffered damages and is entitled to judgment for quantum meruit against OBG Cameron Banfill in such amount as may be determined due and owing to her.

PRAYER FOR RELIEF

WHEREFORE, ANNABELLE FISCHER demands judgment, as follows:

A. First Count for damages against OBG CAMERON BANFILL LLP, LAWRENCE W. ROSE, ANDREW BANFILL AND JANE DOE, jointly and severally for libel per se in the amount

-6-

of $1 Million or such other amount as may be awarded by the Jury upon the trial of the action; together with punitive damages for publishing the libel per se in the amount of $5 Million or such other or different amount as the Jury may award;

B. Second Count for damages against OBG CAMERON BANFILL LLP, LAWRENCE W. ROSE, ANDREW BANFILL AND JANE DOE, jointly and severally for libel per se in the amount of $1 Million or such other amount as may be awarded by the Jury upon the trial of the action; together with punitive damages for publishing the libel per se in the amount of $5 Million or such other or different amount as the Jury may award;

C. Third Count for breach of contract against OBG CAMERON BANFILL LLP for unpaid salary and accrued vacation time through August 18, 2008 in such amount as may be determined by the Jury upon the trial of the action;

D. Fourth Count for quantum meruit against OBG CAMERON BANFILL LLP for unpaid salary and accrued vacation time through August 18, 2008 in such amount as may be determined by the Jury upon the trial of the action;

E. Granting such other, further or different relief as may be proper; together with interest and costs of the action.

Dated: New York, New York
September 3, 2008

LEVINE SAMUEL, LLP

By: _Gerald M. Levine_
Gerald M. Levine, Esq. (GL 3516)
130 West 42nd Street, 12th Floor
New York, New York 10036
(212) 596-0851

-7-